FILED ___ ENTERED
___ LODGED ___ RECEIVED

FEB 02 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

Magistrate Judge Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMED AWEYS MUSE,<br><br>Defendant. | CASE NO. MJ23-050<br><br>COMPLAINT for VIOLATION<br><br>Title 21, U.S.C.<br>Sections 841(a)(1), 841(b)(1)(C) |

BEFORE the Honorable Paula L. McCandlis, United States Magistrate Judge, U. S. Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Possession of a Controlled Substance with Intent to Distribute)**

On or about February 2, 2023, in Snohomish County, within the Western District of Washington, MOHAMED AWEYS MUSE did knowingly and intentionally possess, and aid and abet the possession of, with the intent to distribute, a controlled substance, including: N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl) and

Complaint - 1
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

cocaine, its salts, optical and geometric isomers, and salts of isomers, which are substances controlled under Title 21, United States Code.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

And the complainant states that this Complaint is based on the following information:

I, Salvatore T. Giampapa, being first duly sworn, hereby depose and state as follows:

## AFFIANT BACKGROUND

1. I am employed as a Special Agent (SA) with the United States Drug Enforcement Administration (DEA) and have been so employed since August 2020. I am currently assigned to the Seattle Field Division. In this capacity, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801 *et seq.*, and related offenses. I have received specialized training in the enforcement and investigation of the Controlled Substance Act. I have received over 620 hours of classroom training including, but not limited to, drug identification, drug interdiction, detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, cultivation, manufacturing, and illicit trafficking of controlled substances. Prior to becoming a SA with the DEA, I was employed as an Officer in the United States Coast Guard from May 2015 to August 2020. In that capacity, I enforced maritime law, responded to emergencies, and preserved and protected people and property. During this time, I was trained and involved in investigations of criminal offenses including, but not limited to, narcotics, smuggling, and DUI.

2. In my role as a SA for the Drug Enforcement Administration, I have participated in narcotics investigations (i.e., heroin, cocaine, marijuana, and

Complaint - 2
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

methamphetamine) which have resulted in the arrest of individuals and the seizure of illicit narcotics and/or narcotic-related evidence and the forfeiture of narcotics-related assets. I have been involved in the service of search warrants as part of these investigations. Because of my experience in serving these search warrants, I have encountered and have become familiar with various tools, methods, trends, paraphernalia, and related articles utilized by various traffickers in their efforts to import, conceal, and distribute controlled substances. I am also familiar with the various methods of packaging, delivering, transferring, and laundering drug proceeds. Additionally, through my training and experience, I can identify illegal drugs by sight, odor, and texture.

3. I have participated in the debriefing of defendants, witnesses, and informants, during which I have discussed with them their methods of drug smuggling, distribution, packaging, trafficking, avoiding law enforcement, and laundering proceeds, among other concerns related to drug trafficking. I have discussed and learned from other law enforcement investigators in regard to these matters as well.

4. In addition to practical experience, I have received formal training in controlled substances enforcement. This includes training regarding controlled substance recognition, field testing, undercover investigations, telecommunications analysis, surveillance techniques, financial investigations, and clandestine laboratories.

5. The facts set forth in this Affidavit arise from my personal and direct participation in the investigation, my experience and training as a DEA Special Agent, my conversations with witnesses and other law enforcement personnel participating in this and related investigations, and my review of relevant documents and reports. I have not included each and every fact known to me or other investigative personnel concerning this investigation. My specialized training and experience in drug investigations, as well as the assistance and input of experienced fellow investigators, form a basis for my opinions and conclusions, which I draw from the facts set forth herein.

Complaint - 3
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## THE INVESTIGATION

6. The United States is conducting a criminal investigation of MOHAMED AWEYS MUSE regarding possible violations of 21 U.S.C. § 841(a)(1) (Distribution of a Controlled Substance, Possession of a Controlled Substance with Intent to Distribute), 18 U.S.C. § 924(c) (Possessing a Firearm in Furtherance of a Drug Trafficking Offense), and related offenses.

December 2022 Investigation of MUSE

7. In December 2022, a Confidential Source (CS) advised DEA and FBI investigators that CS has firsthand knowledge of an individual, known as "A-town" to CS, and has had direct conversations with "A-town." Investigators later identified "A-town" as MUSE from law enforcement data and CS confirmed this when investigators showed CS a driver's license photo of MUSE.

8. According to CS, MUSE is originally from Atlanta, Georgia,[1] and traffics M30 pills in the area of South Holgate Street and Airport Way South in Seattle, Washington. I know based on my training and experience that M30 pills are stamped with "M" and "30" and are often blue, but sometimes green, and often contain fentanyl. CS stated that MUSE targets individuals in the area who are clients of the methadone clinic located at Evergreen Treatment Services on Airport Way South. CS also stated they had observed firsthand that MUSE consistently carries a firearm with him.

9. CS stated that in their direct interaction with MUSE, MUSE showed CS multiple kilograms of suspected narcotics, including blue M30 pills and suspected cocaine and heroin, as well as multiple firearms, which MUSE stated to CS were for sale, while in an apartment located at 23420 91st Ave S, Apartment 303, Kent, Washington 98031, in south King County, Washington (APARTMENT 1).

---

[1] I have reviewed the criminal history of MUSE: he has been arrested multiple times, beginning from an arrest dating back to 2003 in Georgia at age 16. He had been arrested, prosecuted, and acquitted in 2004 for armed robbery and aggravated assault in Dekalb County Superior Court, in Atlanta, Georgia.

Complaint - 4
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

10. CS also stated they observed two other Hispanic males in APARTMENT 1. According to CS, MUSE had a separate room, but appeared to be sharing APARTMENT 1 with the other two males.

11. CS gave investigators a phone number, (404) 513-9240 (TT), which MUSE represented to CS as being MUSE's phone number.

12. CS has been a confidential source with the Seattle Police Department (SPD) since fall of 2007. CS was a confidential source for the FBI from summer of 2014 to spring of 2015. CS was not closed for cause by the FBI, and the FBI re-activated CS as a source as of January 2023. CS has provided credible and reliable information in the past on other narcotics, firearms, and gang investigations, which has been corroborated by physical surveillance and independent source reporting and led to numerous federal arrests and search warrant executions. CS has gross misdemeanor or misdemeanor convictions, all from over six years ago, for criminal trespass, criminal impersonation, drug possession solicitation (providing false information on a prescription), driving with suspended license, and violation of the Uniform Controlled Substances Act. CS is a paid informant, is not working off a charge, and is not willing to testify in court in connection with this investigation.

Law Enforcement Surveillance of MUSE

13. Since December 1, 2022, King County Sheriff's Office (KCSO) investigators have been investigating narcotics trafficking in the area of South Holgate Street and Airport Way South, and identified MUSE as the primary narcotics trafficker for that area.

14. On five different occasions in December 2022, KCSO investigators observed MUSE conducting what appeared to be hand-to-hand narcotics transactions, all in that location. KCSO investigators observed MUSE driving a yellow Volkswagen Beetle with Utah license plate F562KJ on multiple occasions and appearing to be conducting deals from that vehicle. Investigators recognized MUSE because they arrested

Complaint - 5
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

him in 2016 for selling Xanax pills at the bus stop located at South Holgate Street and Airport Way South.

15. On December 19, 2022, SPD investigators ran a database query on the vehicle that MUSE was observed driving, the yellow Volkswagen Beetle with Utah license plate F562KJ, and found that the vehicle was impounded by Washington State Patrol (WSP) as the result of a hit and run incident. According to the WSP officer's report, a witness reported seeing a Hispanic male exit the vehicle and flee the scene. That same day, an SPD K-9 was applied to the vehicle, but the K-9 did not alert to the presence of narcotics. However, Washington State Certified K-9's are not trained and certified in the detection of fentanyl.

16. In 2019, the Tacoma Police Department (TPD) investigated MUSE for narcotics trafficking. According to TPD's report, in 2019, TPD executed a search warrant on MUSE's apartment and storage unit at the time: this apartment was listed as MUSE's address in Department of Licensing records, and TPD followed MUSE to this apartment after two controlled purchases. According to TPD's report, US Postal inspectors had intercepted a package containing 10 ounces of cocaine that MUSE mailed to this address. During TPD's search of MUSE's apartment and storage unit, TPD seized several ounces of narcotics and six firearms. The case was referred to the Pierce County Prosecuting Attorney's Office, but no charges were filed.

17. On December 29, 2022, DEA and SPD investigators conducted surveillance in the vicinity of South Holgate Street and Airport Way South. Investigators identified MUSE based on a Washington State Driver's License Photo and observed MUSE enter and exit a parked black Dodge Challenger several times and conduct several hand-to-hand transactions. Based on my training and experience, hand-to-hand transactions of the type investigators observed—in which individuals furtively exchange something very small—are consistent with drug transactions, especially sales of small quantities of drugs to either individual users or small-time street dealers. Further, the

Complaint - 6
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

repeated return to the vehicle leads your affiant to believe that MUSE was storing narcotics in his vehicle and returning between transactions to collect more narcotics. Investigators maintained surveillance on MUSE when he drove away. Investigators observed him as he appeared to be talking on the phone between 12:31 and 12:33 p.m. Investigators continued to follow him as he drove through south Seattle. Investigators then observed him conduct what appeared to be two more hand-to-hand transactions from the vehicle.

18. After some time, investigators observed MUSE begin to drive somewhat erratically, slowing down and stopping at odd intervals, turning down a dead-end street and driving around a block. In my training and experience, this behavior is common for narcotics traffickers while driving and is indicative of traffickers attempting to identify and lose investigators conducting surveillance. Investigators lost surveillance of MUSE a short time later.

Identification of MUSE as the User of TT

19. Over the course of their investigation, KCSO found records of an eviction for Mohamed A. MUSE from Salmon Creek Apartments, 750 S.W. 96th Circle Apt 203, Seattle, Washington 98106 in September of 2019. This document lists TT as the contact number for Mohamed A. MUSE.

20. Investigators entered TT into Cash App, a cellphone application which facilitates electronic person-to-person payments. Based on my training and experience, Cash App is often used by narcotics traffickers in lieu of cash payments for narcotics. Each user on Cash App has a profile with a user name associated with their account and a phone number. When investigators entered TT into Cash App, there was a profile associated with TT. The profile picture showed a black Dodge Challenger similar to the vehicle that MUSE was observed driving on December 29, 2022. The account user name was "$highwayatl1" and the account showed that the user joined Cash App in July 2020.

Complaint - 7
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The "atl" portion of the user name may be a reference to Atlanta, where CS reported MUSE was from.

21. Investigators conducted a database search of financial transactions that corresponded to TT. Several transactions list TT as the payee phone number. These same transactions list Mohamed A. MUSE as the payee for the transactions.

22. An administrative subpoena return from AT&T shows that the subscriber for TT is listed as John Doe at 819 E PIKE ST, SEATTLE, WA 98122. A Google search of that address shows it is the address for an AT&T store in downtown Seattle. John Doe is a commonly used alias. Based on my training and experience, it is common for narcotics traffickers to use false subscriber information for their phones in order to avoid detection by law enforcement.

Toll analysis of TT

23. As detailed in paragraph 21, investigators observed MUSE appear to be speaking on the phone between 12:31 and 12:33 p.m. on December 29, 2022. Toll analysis shows that a phone call was made to TT at 12:26 pm on December 29, 2022. The phone call lasted for approximately 9 minutes and 16 seconds, encompassing the period of time that investigators observed MUSE appear to be speaking on the phone.

24. An analysis of toll records for TT showed that MUSE had approximately four calls/texts with phone number (206) 468-7770 on October 30 and 31, 2022. A search of a law enforcement database shows (206) 468-7770 is associated to Miguel A. Ortiz. Miguel A. Ortiz was convicted in 2010 in Pierce County for *Possession with Intent to Distribute of a Controlled Substance* and *Unlawful Possession of a Firearm*. More recently, Miguel A. Ortiz was arrested by KCSO for *Assault* and *Unlawful Firearm Possession* on November 11, 2022.

25. Toll records for TT also showed that MUSE had approximately seven calls/texts with phone number (206) 476-9464 from November 9, 2022, to December 23, 2022. A report from the Mason County Sheriff's Office on November 16, 2022, shows

Complaint - 8
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  (206) 476-9464 as a contact number for Jesse R. Long. Jesse R. Long was convicted in October of 2020 in Kitsap County for *Delivery of a Controlled Substance*.

26. Toll records for TT also showed that MUSE had one call/text with phone number (425) 239-6302 on September 17, 2022. A search of law enforcement databases shows (425) 239-6302 is associated with Devon M. Williamson. Devon M. Williamson was convicted in 2018 in Snohomish County for *Unlawful Possession of a Firearm*.

27. Toll records for TT also showed that MUSE had approximately 73 calls/texts with phone number (206) 618-1443 from September 19, 2022, to November 30, 2022. A report from Mukilteo Police Department on December 16, 2022, shows (206) 618-1443 as a contact number for Siyad Abdullahi Shamo. Siyad Abdullahi Shamo was convicted in October of 2016 for *Attempted Robbery* and in 2015 for *Conspiracy to Deliver Controlled Substances* in King County Superior Court.

28. On January 9, 2023, US Magistrate Judge Brian Tsuchida signed a warrant authorizing the location tracking of TT. Investigators began receiving location information for TT on the same day.

Further Surveillance of MUSE

29. On January 11, 2023, at approximately 5:00 am, investigators observed MUSE leaving the building where APARTMENT 1 is located and entering his vehicle and departing the area to the north. His movements as observed by investigators matched the location reports of TT.

30. On January 13, 2023, at approximately 5:00 am, investigators observed MUSE exit from APARTMENT 1. MUSE departed the area in his vehicle and again his movements matched the location data of TT.

31. On January 18, 2023, at approximately 5:00 am, investigators observed MUSE leaving the building where APARTMENT 1 is located and depart the area in his vehicle. Investigators maintained surveillance on MUSE as he drove to the area of South Holgate Street and Airport Way South, while making two stops along the way.

Complaint - 9
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Investigators observed MUSE conduct what appeared to be several hand-to-hand transactions both inside and outside of his vehicle. On at least one occasion immediately following a hand-to-hand transaction, investigators observed an unidentified individual depart the area of South Holgate Street and Airport Way South while simultaneously pulling what appeared to be folded up tinfoil and a lighter from their pocket. I know based on my training and experience that M30 fentanyl pills are most often smoked by placing a pill on tinfoil and heating the pill with a lighter while simultaneously inhaling. Investigators observed MUSE drive his vehicle at random intervals to locations a few blocks away and then return to South Holgate Street and Airport Way South. Based on my training and experience, this behavior is consistent with narcotics dealers attempting to identify law enforcement surveillance. Investigators also observed people enter and exit his vehicle's passenger seat after short periods of time while MUSE was observed in the driver's seat. Based on my training and experience, I know it is also common for narcotics dealers to conduct transactions in the cover of their vehicle to avoid detection by law enforcement, especially for transactions involving larger amounts of cash and narcotics. Investigators maintained surveillance on his vehicle and MUSE as he returned to the area of APARTMENT 1. Investigators did not observe MUSE enter or exit APARTMENT 1 at this time, but observed his vehicle enter the apartment complex, which has only one exit/entrance for vehicles. A short time later, investigators observed his vehicle drive to Seattle-Tacoma Airport and observed MUSE exit the vehicle, enter the terminal, and speak to a Delta Airlines ticket counter employee. Investigators later determined that MUSE had missed a scheduled flight to Atlanta, GA and the next flight was scheduled for 3:15 pm that afternoon and MUSE had purchased a ticket for that later flight. Investigators observed MUSE re-enter his vehicle and drive directly to South Holgate Street and Airport Way South. Investigators then terminated surveillance. Later that same day at approximately 3:07 pm, location data for TT showed it was at Seattle-

Complaint - 10
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Tacoma International Airport. At approximately 7:55 pm, location data showed that TT was in Atlanta, GA.

32. Location data for TT showed that MUSE returned to the Seattle area on the evening of January 25th, 2023. TT location information showed that MUSE stayed overnight in the vicinity of APARTMENT 1 on the evenings of January 25th, 26th, and 27th, 2023.

Historical location analysis of TT

33. Investigators conducted analysis on historical location and SMS/Phone call data of TT for dates ranging from October 1, 2022 to January 10, 2023. This analysis shows that of the 9422 location data points, 2427 of them were in range of APARTMENT 1. This indicates that TT spent approximately 25% of the time from October 1, 2022 to January 10, 2023 in the area of APARTMENT 1. Additionally, a total of 2498 SMS and calls were made and received by TT via cell towers in the vicinity of APARTMENT 1 out of a total of 8547 calls and SMS sent and received by TT from October 1, 2022 to January 10, 2023. This indicates that approximately 29% of phone calls and SMS sent and received by TT from October 1, 2022 to January 10, 2023 were in the vicinity of APARTMENT 1.

Surveillance of MUSE and TT

34. Location information for TT showed that on the evenings of January 28th and 29th, 2023, MUSE stayed overnight in the vicinity of 200th St SW and 50th Ave W in Lynnwood, WA. This data indicated MUSE had a new location where he was staying overnight which was not previously known to law enforcement. Law enforcement confirmed from surveillance that MUSE was staying overnight at 19802 48th Ave West, Building "O," Apartment 2, Lynwood, Washington 98036 (APARTMENT 2). Location data further showed that during the day, MUSE would periodically return to APARTMENT 1.

Complaint - 11
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

35. On January 30, 2023, the Honorable Judge John L. Weinberg signed Search Warrants for APARTMENT 1, MUSE's vehicle, and Mohamed MUSE's person.

36. In preparation for serving the search warrants on the morning of January 31, investigators established surveillance on MUSE in downtown Seattle. Investigators observed MUSE outside of his vehicle conduct several hand-to-hand transactions in the area of South Holgate Street and Airport Way South. Later in the afternoon, MUSE departed the area in his vehicle and investigators followed throughout downtown Seattle. After approximately an hour, he began driving erratically and investigators lost sight of him. Investigators believed that MUSE may have detected the surveillance and drove erratically in order to avoid it. Location data for TT showed that MUSE drove north on I-5, exited I-5 in Lynnwood near APARTMENT 2, then continued north.

37. Investigators continued to monitor location data for TT. TT traveled north towards Everett, then south and spent time in Tukwila, Des Moines and south Seattle. Later in the evening, location data showed TT in the vicinity of APARTMENT 1. Investigators began making preparations to serve the search warrants on APARTMENT 1, but a short time later TT departed the area and returned to the vicinity of APARTMENT 2 in Lynnwood, where it remained overnight.

38. The morning of January 31, 2023, investigators located MUSE's vehicle in the parking lot of an apartment complex. At approximately 5:00 am, investigators observed MUSE exit APARTMENT 2, approach his vehicle, and start it, before re-entering APARTMENT 2. At approximately 5:36 am, investigators observed MUSE exit APARTMENT 2, enter his vehicle and depart the area, traveling south. Investigators maintained surveillance as MUSE's vehicle go through the drive thru at Starbuck in Northgate Way before continuing directly to South Holgate Street and Airport Way South.

39. Investigators maintained surveillance on MUSE as several individuals approached the driver's side window of his vehicle. MUSE conducted what appeared to

Complaint - 12
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

be several hand-to-hand drug transactions from his vehicle. After one of these transactions, I observed one individual ignite a lighter under what appeared to be a tinfoil in a manner consistent with someone smoking an M30 pill. On another occasion, I observed a different individual approach his vehicle and after a short time, drop what appeared to be a small baggie on the ground beside the vehicle before picking it up and departing the area.

40.     Based on my training and experience, I know that drug traffickers who have a primary residence, such as APARTMENT 1, also frequently stay overnight at secondary residences, such as APARTMENT 2, stash their drugs there, and sell the drugs in hand-to-hand transactions the next day. I also know that drug traffickers who stay overnight at multiple residences leave behind drugs and packaging in their primary residence as well as take their drugs with them to secondary residences.

41.     On February 1, 2023, The Honorable Judge Mary Alice Theiler signed a Search Warrant for APARTMENT 2.

<u>Service of Search Warrants at APARTMENTS 1 and 2</u>

42.     On February 2, 2023, investigators executed search warrants on APARTMENTS 1 and 2. MUSE was taken into custody from APARTMENT 2. In APARTMENT 2, investigators found (1) approximately 364.2 grams of a white powdery substance, which field-tested positive for cocaine, and (2) approximately 293.2 grams of blue pills, stamped with M and 30, which field-tested positive for fentanyl. The narcotics were located in the closet of the sole bedroom of the apartment. Investigators also found 2 firearms in a backpack on the floor of the bedroom. Investigators also found a third firearm in a cupboard in the kitchen.

43.     Investigators detained and later interviewed a second individual who was identified as S.S. who was at APARTMENT 2. S.S. denied any knowledge of the firearms or narcotics found. However, S.S. driver's license was located in the bedroom where the narcotics and 2 firearms were located. S.S. claimed that no one slept in the

Complaint - 13
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

bedroom, but that the clothes and other items in the bedroom belonged to S.S. S.S. also stated that the apartment was leased in his name.

44.     At APARTMENT 1, investigators found a safe in a gym bag in the living room. Inside the safe, investigators found approximately 1194.8 grams of a white powdery substance wrapped in blue tape with the writing, in black marker, "CHU," on it. The substance field-tested positive for cocaine. Also found in the safe were several documents with the name Mohamed MUSE, including official court documents. Investigators also found approximately 4 ounces of a white powdery substance in a drawer in the bathroom, which field-tested positive for cocaine.



45.     Later that same morning, investigators read MUSE his Miranda rights and MUSE agreed to waive his rights and talk with investigators. MUSE stated that all of the narcotics and firearms at APARTMENT 2 were his, and that S.S. had no knowledge or involvement of the firearms or narcotics. MUSE stated that he kept the firearms for protection. MUSE stated that the narcotics in the safe in APARTMENT 1 were his, but

Complaint - 14
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

that nothing outside of the safe belonged to him. This interview was audio recorded and submitted as evidence.

Based on the above facts, I respectfully submit that there is probable cause to believe that Mohamed MUSE did knowingly and intentionally possess controlled substances with intent to deliver, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Salvatore T. Giampapa, Complainant
Special Agent, Drug Enforcement Administration

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 2nd day of February, 2023.

Paula L. McCandlis
United States Magistrate Judge

Complaint - 15
USAO # 2023R00013

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970